UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| DANIEL E. GUM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 5:17-CV-363-REW |
| v. | ) | |
| | ) | JUDGMENT |
| NANCY A. BERRYHILL, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Opinion and Order entered today, and pursuant to Federal Rule of Civil Procedure 58 and sentence four of 42 U.S.C. § 405(g), the Court:

(1) **AFFIRMS** the administrative decision and **ENTERS JUDGMENT** in favor of Defendant, Nancy A. Berryhill, Acting Commissioner of Social Security;

(2) **DISMISSES WITH PREJUDICE** Plaintiff's complaint (DE #1); and,

(3) **STRIKES** the matter from the Court's active docket.

This the 8th day of March, 2018.

Signed By:
Robert E. Wier  REW
United States Magistrate Judge